*In re* PEDRO COLTON FONTÁN, OSVALDO VILLANUEVA DÍAZ, AURELIO MIRÓ CARRIÓN, ÁNGEL FIGUEROA VIVAS y JUAN E. BRUNET JUSTINIANO, querellados.

*Número:* CE-86-666          *Resuelto:* 4 de marzo de 1994

*Ángel Figueroa Vivas, pro se; Justiano E. Brunet Justiniano, pro se; Margarita Carrillo Iturrino*, abogada del peticionario Lcdo. Aurelio Miró Carrión.

## RESOLUCIÓN

Al escrito y anejos presentados por derecho propio por Ángel Figueroa Vivas el 8 de febrero de 1994, denominado Solicitud de Reapertura del Caso, Nombramiento de Comisionado Especial y/o Se Deje sin Efecto Sentencia, *no ha lugar.*

A la Solicitud para la Rehabilitación como Abogado presentada por derecho propio por Aurelio Miró Carrión, *no ha lugar.*

Luego de transcurrir el término de suspensión del querellado Juan E. Brunet Justiniano, *se reinstala hoy al ejercicio de la profesión legal.*

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Asociado Señor Rebollo López, conforme

su criterio expuesto el 5 de noviembre de 1993, reinstalaría al peticionario Miró Carrión por entender que el término de tres (3) años de suspensión de la profesión constituye suficiente sanción por los hechos que el Tribunal consideró probados. El Juez Presidente Señor Andréu García y la Juez Asociada Señora Naveira de Rodón se inhibieron.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*